1
2
3
4
5
6
7
8

District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14
15
16
17
18

MALAKA SOLAIMAN,

                    Plaintiff,

        v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

                    Defendants.

Case No.  C14-00494 RAJ

JOINT STIPULATION FOR ORDER
OF REMAND FOR ADMINISTRATION
OF OATH OF CITIZENSHIP AND
DISMISSAL OF LAWSUIT

**Noted for consideration on
June 9, 2014.**

19
20
21
22
23
24
25
26
27
28

## <u>STIPULATION</u>

The parties hereby STIPULATE AND AGREE as to the following:

(1) That this case may be remanded to United States Citizenship and Immigration

Services ("USCIS");

(2) That within thirty (30) days after remand, USCIS will administer to Plaintiff Solaiman

the oath of citizenship;

(3) That upon remand, this case will be dismissed with prejudice and without costs or fees

to either party;

JOINT STIPULATION FOR ORDER OF REMAND FOR
ADMINISTRATION OF OATH OF CITIZENSHIP AND
DISMISSAL OF LAWSUIT - 1

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washingto98101-1271
(206) 553-7970

1    (4) That the Court will retain jurisdiction to enforce the terms of this stipulation.

2  Dated this 9th day of June, 2014.

3

4  JENNY A. DURKAN                          NORTHWEST IMMIGRANT
   United States Attorney                   RIGHTS PROJECT

5

6  /s/    Priscilla T. Chan                 /s/    Christopher Strawn
7  PRISCILLA T. CHAN, WSBA #28533           CHRISTOPHER STRAWN, WSBA #32243
   Assistant United States Attorney         Attorney at Law
8  Western District of Washington           615 – 2nd Avenue, Suite 400
   United States Attorney's Office          Seattle, Washington 98104-2244
9  700 Stewart Street, Suite 5220           Phone: 206-957-8628
   Seattle, Washington 98101-1271           Email: chris@nwirp.org
10 Phone: (206) 553-7970
11 Email: priscilla.chan@usdoj.gov

12 Attorneys for Respondents/Defendants     Attorney for Petitioners/Plaintiffs

13

14                              **<u>ORDER</u>**

15        The parties having so stipulated and agreed, it is hereby **SO ORDERED**.  USCIS will

16 administer the Plaintiff the oath of citizenship within thirty (30) days after entry of this order.

17 Upon remand, this case will be dismissed with prejudice without costs or fees to either party.

18 The Court will retain jurisdiction to enforce this order.

19

20

21        DATED this 11th day of June, 2014.

22

23

24                                          The Honorable Richard A. Jones
25                                          United States District Judge

26

27

28